

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Cari Marie
Lankford and Jeremy Shane Lankford and
In the Interest of S.J.L. and J.M.L.,
Children

No. 06-25-00018-CV

Appeal from the 76th District Court of
Camp County, Texas (Tr. Ct. No. DV-24-
05165).  Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Chief
Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal.
Therefore, we waive payment of costs.

RENDERED JUNE 16, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk